# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

July 15, 2024

**BY ECF**
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *L.H. v. New York City Dep't of Educ., et al.* 23-cv-10955-(JRH)

Dear Judge Rearden:

    Plaintiffs have just filed their Amended Complaint pursuant to FRCP 15. As per Your Honor's Individual Rules 1(D), Plaintiffs attach the redline "showing all differences" between Plaintiffs' original complaint (ECF No. 1) and the Amended Complaint.

           Respectfully submitted,

           /s/
           Elisa Hyman, Esq.

cc:    Attorneys of Record (via ECF)