THE LAW OFFICE OF
# ELISA HYMAN, P.C.

October 9, 2026

**BY ECF**
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: L.H. *v. New York City Dep't of Educ., et al.* 23-cv-10955-(JRH)

Dear Judge Rearden:

I represent Plaintiffs and I am writing jointly on behalf of the parties to inform the Court that we have reached a settlement in principle as to substantive relief and legal fees, but we have not yet finalized the settlement paperwork.

Given the above, we are jointly requesting a stay of the action for purposes of completing the settlement and filing a stipulation of dismissal and settlement agreement with the Court within the next 30 days. We wanted to alert the Court as motions are pending.

Plaintiffs are requesting that the Court refrain from dismissing in contemplation of dismissal as there are statute of limitations issues, and issue the stay instead to allow the parties time to submit the settlement paperwork to the Court.

Thank you for Your Honor's consideration of the above.

Respectfully submitted,

/s/
Elisa Hyman, Esq.

cc: Attorneys of Record
(via ECF)

Application GRANTED. By **November 9, 2026**, the parties shall file a stipulation of dismissal and settlement agreement. The Clerk of Court is directed to terminate ECF No. 38.

SO ORDERED.

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.
Dated: October 9, 2026