THE LAW OFFICE OF
ELISA HYMAN, P.C.

November 9, 2026

**BY ECF**
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: L.H. *v. New York City Dep't of Educ., et al.* 23-cv-10955-(JRH)

Dear Judge Rearden:

I represent Plaintiffs and I am writing jointly to respectfully request an extension of time of the stay and for the parties to submit a stipulation of settlement, which was due today on November 9, 2026. *See* ECF No. 39.

We are close to finalizing a stipulation but need a bit more time to address an issue that came up this week.

Accordingly, Plaintiffs are requesting one further extension to November 24, 2026 to submit the finalized stipulation to the Court.

Thank you for Your Honor's consideration of the above.

Respectfully submitted,

/s/
Elisa Hyman, Esq.

cc: Attorneys of Record
(via ECF)

Application GRANTED. The parties' deadline to file a stipulation of dismissal and settlement agreement is hereby extended *nunc pro tunc* until **November 24, 2026**. The Clerk of Court is directed to terminate ECF No. 41. SO ORDERED.

Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated November 10, 2026

1115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10001

40 WEST 24TH STREET
NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM